Ríos, Demandante y Apelante, *v.* Central Pasto Viejo, Inc., Demandada y Apelada.

Apelación procedente de la Corte de Distrito de Humacao en pleito sobre negativa de servidumbre. *Injunction.*

No. 2714.—Resuelto en diciembre 5, 1922.

Servidumbre de Paso de Vía Férrea—Injunction *Pendente Lite*—Discreción Judicial—Alegaciones—Perjuicio Inmediato.—El Tribunal Supremo no intervendrá en la discreción que ejerció la corte inferior para denegar un *injunction pendente lite* solicitado en una acción sobre negatoria de servidumbre, levantamiento de vías, *injunction* y daños y perjuicios, cuando las

alegaciones, única prueba ante la corte, tienden a mostrar convenios entre los demandados y los anteriores dueños que permitían el establecimiento de una vía de ferrocarril y el demandante y sus causantes dejaron pasar años sin tomar ninguna medida para el levantamiento de la vía, y cuando, además, no existe nada que demuestre un gran perjuicio inmediato.

Los hechos están expresados en la opinión.

Abogado de la apelante: *Sr. H. R. Francis.*

Abogado de la apelada: *Sr. H. G. Molina.*

El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.

En una acción sobre negatoria de servidumbre, levantamiento de vías férreas, *injunction* y daños y perjuicios, la demandante solicitó también que se decretara un *injunction pendente lite.*

La corte inferior se negó a expedir una orden de *injunction* durante la tramitación de la acción (*pendente lite*) porque no aparecían daños irreparables y los daños alegados podían recobrarse mediante el ejercicio de una acción ordinaria.

Sin detenernos a investigar en la naturaleza exacta de las razones que tuvo la corte para negar la orden, creemos que la actuación de la corte debe ser confirmada por las siguientes razones:

1. Los autos muestran que las alegaciones fueron la única prueba ante la corte y que la contestación alegaba aparentemente defensas suficientes o discutibles. En estas condiciones generalmente una corte de apelación no investigará más allá de la discreción que tuvo la corte inferior al denegar el *injunction.*

2. Las alegaciones tendían a mostrar convenios, o un entendimiento con los anteriores dueños que permitían que un ferrocarril cruzara la finca más o menos permanentemente, y que en ella funcionaba activamente un ferrocarril en conexión con la central de la demandada.

3. La demandante y sus causantes toleraron que pasaran años sin tomar ninguna acción para que las vías férreas fueran levantadas y esta falta aparente de cuidado no podía ser

destruída por la mera presentación de alegaciones juradas con perjuicio inmediato de la demandada y de su activo negocio.

4. No hubo demostración alguna de un gran daño inmediato para la demandante.

Debe confirmarse la resolución apelada.

*Confirmada la resolución apelada.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Aldrey, Hutchison y Franco Soto.